UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of April, two thousand and seventeen,

_____

John Doe,

   Movant - Appellee,

v.

Richard E. Lerner,

   Respondent - Appellant,

Frederick Martin Oberlander,

   Appellant,

Associated Press,

   Intervenor,

Richard Roe, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, Jody Kriss,

   Respondents.

**ORDER**
Docket No. 16-2935

_____

IT IS HEREBY ORDERED that Appellant's motion for an extension of time to file reply brief is GRANTED until April 3, 2017.

       For The Court:
       Catherine O'Hagan Wolfe,
       Clerk of Court